UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EDNA ALLEN, et al., </br>         Plaintiffs, </br> v. </br> WYNDHAM VACATION </br> RESORTS, INC., et al., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | No.:   3:18-CV-259-TAV-DCP |
| LARRY ATKINS, et al., </br>         Plaintiffs, </br> v. </br> WYNDHAM VACATION </br> RESORTS, INC., et al., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) | No.:   3:18-CV-261-TAV-DCP |
| LINDA BAUER, et al., </br>         Plaintiffs, </br> v. </br> WYNDHAM VACATION </br> RESORTS, INC., et al., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) | No.:   3:18-CV-262-TAV-DCP |
| JEFFREY FRAY, et al., </br>         Plaintiffs, </br> v. </br> WYNDHAM VACATION </br> RESORTS, INC., et al., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) | No.:   3:18-CV-263-TAV-DCP |
| DENNIS MILES, et al., </br>         Plaintiffs, </br> v. </br> WYNDHAM VACATION </br> RESORTS, INC., et al., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) | No.:   3:18-CV-267-TAV-DCP |
| LINUS SCHNARR, et al., </br>         Plaintiffs, </br> v. </br> WYNDHAM VACATION </br> RESORTS, INC., et al., </br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) | No.:   3:18-CV-268-TAV-DCP |

| | | |
|---|---|---|
| HARVEY THOMAS, et al., )<br>    Plaintiffs, )<br>v. )<br>WYNDHAM VACATION )<br>RESORTS, INC., et al., )<br>    Defendants. ) | No.: | 3:18-CV-269-TAV-DCP |
| )<br>WILLIAM WILSON, et al., )<br>    Plaintiffs, )<br>v. )<br>WYNDHAM VACATION )<br>RESORTS, INC., et al., )<br>    Defendants. ) | No.: | 3:18-CV-271-TAV-DCP |
| )<br>WILLIAM MCKNELLY, et al., )<br>    Plaintiffs, )<br>v. )<br>WYNDHAM DESTINATIONS, INC., et al., )<br>    Defendants. ) | No.: | 3:19-CV-103-TAV-DCP |
| )<br>AARON HOWARD, )<br>    Plaintiff, )<br>v. )<br>WYNDHAM DESTINATIONS, INC., et al., )<br>    Defendants. ) | No.: | 3:19-CV-199-TAV-DCP |
| )<br>JOANNE VAUGHN, )<br>    Plaintiff, )<br>v. )<br>WYNDHAM VACATION )<br>RESORTS, INC., et al., )<br>    Defendants. ) | No.: | 3:19-CV-230-TAV-DCP |
| )<br>JOHN KRAMER, )<br>    Plaintiff, )<br>v. )<br>WYNDHAM DESTINATIONS, INC., et al., )<br>    Defendants. ) | No.: | 3:19-CV-280-TAV-DCP |
| )<br>JAY C. JERNIGAN, et al., )<br>    Plaintiffs, )<br>v. )<br>WYNDHAM WORLDWIDE )<br>OPERATIONS, INC., et al., )<br>    Defendants. ) | No.: | 3:19-CV-385-TAV-DCP |

| | |
|---|---|
| HARRY HIX, et al.,      )<br>    Plaintiffs,     )<br>v.     )<br>WYNDHAM VACATION     )<br>RESORTS, INC., et al.,     )<br>    Defendants.     )<br>     )<br>ROBERT A. SIMMONS, JR., et al.,     )<br>    Plaintiffs,     )<br>v.     )<br>WYNDHAM VACATION     )<br>RESORTS, INC.,     )<br>    Defendant.     ) | No.:  3:19-CV-490-TAV-DCP<br><br><br><br><br><br>No.:  3:20-CV-29-TAV-DCP |

# **ORDER**

These civil cases are before the Court on periodic review. Upon careful review of the records in these cases, the Court is of the opinion that mediation will facilitate possible resolution of these disputes. Accordingly, pursuant to Local Rule 16.4, the Court hereby **ORDERS** the parties in these cases to mediate in good faith within **ninety (90) days**. *See* E.D.TN. LR 16.4(a) ("With or without the agreement of the parties in any civil action, except those exempted pursuant to Local Rule 16.3, the Court may refer all or part of the underlying dispute to mediation pursuant to this Local Rule.").

These actions shall be **STAYED** until **August 1, 2020,** so the parties may engage in mediation. Within **seven (7) days** following the conclusion of mediation, the mediator shall **FILE** a report with the Court stating the outcome of the mediation, as contemplated by Local Rule 16.4(m).

The Court further **DIRECTS** that on or before **August 1, 2020**, the parties **SHALL** file joint status reports to apprise the Court of whether their resolution efforts were

successful, whether they require additional time to negotiate, or whether the parties wish to proceed to trial.

    IT IS SO ORDERED.

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE